17 A.3d 918

**The SCHOOL DISTRICT OF PHILADELPHIA, Petitioner**

**v.**

**DEPARTMENT OF EDUCATION, Respondent.**

Supreme Court of Pennsylvania.

April 7, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April 2011, the single justice order dated March 25, 2011, temporarily staying this matter, is **VACATED,** and the School District's Emergency Application for Stay or Supersedeas Pending Action on Petition for Review is **DENIED.**